| | | |
|---|---|---|
| DATE   January 10, 2025 | CASE NUMBER   1:24CR39 | |
| LOCATION   BEAUMONT DIVISION | USA | **Joseph Batte & Christopher Costantini,** Assigned |
| JUDGE   MICHAEL J. TRUNCALE | VS | **Joseph Batte & Christopher Costantini,** Appeared |
| DEPUTY CLERK  Kimberly Race | | |
| RPTR/ECRO  April Hargett | | **TPC GROUP, LLC** |
| USPO  Deanna Splawn | | Defendant |
| INTERPRETER  None | | **Brett Ross, Patrick Hurt, Lily Chinn, Nadira Clarke, Jacob Janoe, Ryan Gertz** |
| BEGIN  9:10 AM, 10:45 AM, | | |
| Adjourn  10:18 AM, 11:12 AM | | Attorney |

Total In-Court Time: **1 HOUR 30 MINS**

## SENTENCING

✓ Sentencing held  (DAY 5)                  ☐ Sentencing called
✓ Court adopts presentence report       ✓ Court Accepts Plea Agreement
☐ Plea Agreement UNSEALED pursuant to Local Rule CR-49
☐ Court adopts presentence report w/exception of:

| CT | CUSTODY | FINE | PROB | REST | SUP/REL | SP/ASSESS |
|---|---|---|---|---|---|---|
| 1 of the Information | | | | | | |
| | | | | | | |

**SPECIAL CONDITIONS:**

☐ . . . . . . Shall abide by **standard conditions** of release, to include committing no offenses; federal, state or local and shall not illegally possess a controlled substance.

☐ . . . . . . Dft shall comply with the mandatory and special conditions as set forth in the Presentence Report.

☐ . . . . . . Dft shall **report** in person to the probation office in the district to which the dft is released **within 72** hours of release from the custody of the Bureau of Prisons.

☐ . . . . . . Dft remanded to the USM.            ☐ Denial of ALL  Federal benefits for a period of __ years
☐ . . . . . . Dft ordered to surrender       to        ☐ USM        ☐ designated institution.
☐ . . . . . . Bond continued  ☐ previous bond in this case  $          type _____  ☐ other case No.
✓ . . . . . . Oral Motion by Defendant to withdraw Plea of Guilty
✓ . . . . . . Oral Order granting Defendant's Oral Motion to Withdraw
☐ . . . . . . Dft failed to appear      ☐ Order for arrest warrant  ☐ bond forfeited.

☐ See reverse/attached for additional proceedings